UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMY ALLRED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: |
| | ) |
| WAL-MART STORES EAST, LP, | ) JURY TRIAL DEMANDED |
| WALMART INC., PERSIS VILLA | ) |
| RICA INVESTMENTS, LLC, | ) |
| ARAMARK UNIFORM & CAREER | ) |
| APPAREL, LLC, and JOHN DOE | ) |
| Corporation, and JOHN DOE, | ) |
| individuals, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendant Aramark Uniform & Career Apparel, LLC ("Aramark"), pursuant to 28 U.S.C. § 1446 and the Local Rules of the United States District Court for the Northern District of Georgia, notifies this Honorable Court that the above-entitled cause has been removed from the State Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division, and in support thereof, states as follows:

### STATEMENT OF REMOVAL

1. On January 11, 2021, Plaintiff, Amy Allred ("Plaintiff"), filed a complaint against Wal-Mart Stores East, LP Walmart Inc., Persis Villa Rica

Investments, LLC, Aramark Uniform & Career Apparel, LLC, and John Doe Corporation, and John Doe, individuals in the State Court of Gwinnett County, Georgia, alleging personal injuries arising out of a trip and fall accident.

2. Plaintiff served Aramark via its registered agent on January 19, 2021.

3. Aramark filed its Answer and Affirmative Defenses in response to the State Court Action on February 18, 2021.

4. Pursuant to 28 U.S.C. § 1446(a), Aramark files this Notice of Removal "…containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon…" Defendant Aramark, which are attached to this Notice as Exhibit "A."

5. In removing this matter to this Court, Aramark does not intend to waive any defenses they might have, including, but not limited to, improper service, personal jurisdiction, and/or venue.

## DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332(a)

6. This action is one over which the Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 because it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000 exclusive of interests and costs, and is between citizens of different states.

7. Complete diversity exists between the parties because:

(A) Upon information and belief, Plaintiff is a natural person domiciled in the State of Georgia;

(B) Defendant Aramark Uniform & Career Apparel, LLC is a foreign limited liability company organized under the laws of Delaware with its principal place of business in the State of California. Aramark Uniform & Career Apparel, LLC's sole member is Aramark Uniform & Career Apparel Group, Inc., which is a corporation organized under the laws of Delaware with its principal place of business in the Commonwealth of Pennsylvania. Aramark Uniform & Career Apparel Group, Inc. is a wholly owned subsidiary of Aramark Services, Inc., a corporation organized under the laws of Delaware with its principal place of business in the Commonwealth of Pennsylvania. Aramark Services, Inc. is 100% owned by Aramark Intermediate HoldCo Corporation, a corporation organized under the law of Delaware with its principal place of business in the Commonwealth of Pennsylvania. There are no other members of Aramark Uniform & Career Apparel, LLC;

(C) Defendant WAL-MART STORES EAST, LP is a Delaware limited partnership, of which WSE Management, LLC is the only

general partner, and WSE Investment, LLC is the only limited partner. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, and the sole member of Wal-Mart Stores East, LLC is Walmart Inc. formerly known as Wal-Mart Stores, Inc. Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter. The principal place of business for all entities mentioned in this paragraph is 702 SW 8th Street, Bentonville, AR 72716;

(D) Defendant Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas. Defendant Walmart Inc. was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of said lawsuit, or at any time thereafter. The principal place of business for Walmart Inc. is 708 SW 8th Street, Bentonville, AR 72716;

(E) Upon information and belief, Defendant Persis Villa Rica Investments, LLC is a Delaware Corporation with its principal place of business in Hawaii. The sole member of Persis Villa

Rica Investments, LLC is Persis Corporation, a Hawaii corporation; and

(F) No other parties have been joined or served in this action.

8. Upon information and belief, Plaintiff is seeking damages in excess of $75,000, exclusive of interest and costs, based upon Plaintiff's Responses to Defendant Wal-Mart Stores East, LP and Walmart Inc.'s First Request for Admissions of Fact to Plaintiff. Additionally, the allegations in Plaintiff's Complaint state that Plaintiff is seeking general and special damages for medical expenses that continue to accrue.

9. Consequently, while Aramark denies that Plaintiff is entitled to damages, proper diversity of citizenship exists between the parties as required under 28 U.S.C. § 1332, and the amount in controversy in this case exceeds the jurisdictional limit of $75,000.00, exclusive of interest and costs.

10. The requisite elements of jurisdiction have been satisfied and diversity of the parties exists which entitles the Defendants to remove this action to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §§ 1332 and 1446.

## REMOVAL PROCEDURES

11. Removal of this action is timely under 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure 6(a) because this Notice of Removal is being filed within

thirty (30) days of the service of the Plaintiff's Responses to Defendant Wal-Mart Stores East, LP and Walmart Inc.'s First Request for Admissions of Fact to Plaintiff on Aramark.

12. Removal is properly made to the United States District Court for the Northern District of Georgia under 28 U.S.C. § 1441(a) because Gwinnett County, where the State Court Action is currently pending, is within the Northern District of Georgia, Atlanta Division.

13. Aramark will file written notice of the filing of this Notice of Removal with the Clerk of the Court of the State Court for Gwinnett County, Georgia and will serve the same on the Plaintiff pursuant to 28 U.S.C. § 1446(d).

14. Defendants Wal-Mart Stores East, LP, Walmart Inc., and Persis Villa Rica Investment, LLC consent to removal.

**WHEREFORE**, by this Notice of Removal, Aramark hereby removes this action from the State Court of Gwinnett County, Georgia, and respectfully requests that this action proceed as properly removed to this Court.

Respectfully submitted this 30th day of March 2021.

| | |
|---|---|
| **WOOD, SMITH, HENNING & BERMAN LLP**<br>1230 Peachtree Street, Suite 925<br>Atlanta, Georgia 30309<br>Telephone:  470-552-1150<br>Fax:  470-552-1151<br>rzelonka@wshblaw.com<br>jfowler@wshblaw.com<br>slytle@wshblaw.com | */s/ Jenna M. Fowler*<br>Richard E. Zelonka, Jr.<br>Georgia Bar No. 142152<br>Jenna M. Fowler<br>Georgia Bar No. 386864<br><br>*Counsel for Defendant Aramark Uniform & Career Apparel, LLC* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| AMY ALLRED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-C-00192-S3 |
| | ) |
| WAL-MART STORES EAST, LP, | ) |
| WALMART INC., PERSIS VILLA | ) |
| RICA INVESTMENTS, LLC, | ) |
| ARAMARK UNIFORM & | ) |
| CAREER APPAREL, LLC, and | ) |
| JOHN DOE Corporation, and JOHN | ) |
| DOE, individuals, | ) |
| | ) |
| Defendants. | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing *Notice of Removal* on all parties, via CM/ECF electronic filing portal as follows:

Patricia A. Roy
The Roy Law Firm, LLC
One Atlantic Center
1201 W. Peachtree Street NE
Suite 2300
Atlanta, Georgia 30309

This 30th day of March 2021.

*(signature on next page)*

| | |
|---|---|
| **WOOD, SMITH, HENNING & BERMAN LLP**<br>1230 Peachtree Street NE, Suite 925<br>Atlanta, Georgia 30309<br>Telephone:  470-552-1150<br>Fax:  470-552-1151<br>rzelonka@wshblaw.com<br>jfowler@wshblaw.com<br>slytle@wshblaw.com | */s/ Jenna M. Fowler*<br>Richard E. Zelonka, Jr.<br>Georgia Bar No. 142152<br>Jenna M. Fowler<br>Georgia Bar No. 386864<br><br>*Counsel for Defendant Aramark Uniform & Career Apparel, LLC* |

9