IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMY ALLRED,<br><br>    Plaintiff,<br><br>vs.<br><br>WAL-MART STORES EAST, LP<br>WALMART INC., PERSIS VILLA<br>RICA INVESTMENTS, LLC, and<br>JOHN DOE Corporation and JOHN<br>DOE, individuals,<br><br>    Defendants. | Civil Action File No.:<br>File No.: 1:21-cv-01296-WMR |

NOTICE OF SETTLEMENT

The parties hereby notify the Court that they have reached a confidential settlement at mediation. We expect that parties will be able to file a stipulation of dismissal with prejudice in the next 90 days, as the parties are waiting on final Medicare lien information.

| | |
|---|---|
| PIASTA NEWBERN WALKER, LLC<br><br>/s/ Anderw L. Hagenbush<br>(by express permission NED)<br>Andrew L. Hagenbush<br>Georgia Bar No. 127945<br>Attorney for Plaintiff<br>3301 Windy Ridge Pkwy, Ste. 110<br>Atlanta, GA 30343-1007<br>(404) 996-1296<br>andrew@pnwlaw.com | McLAIN & MERRITT, P.C.<br><br>/s/ Nicholas Deeb<br>Nicholas E. Deeb<br>Georgia Bar No. 117025<br>Attorney for Defendants<br>3445 Peachtree Road, N.E.<br>Suite 500<br>Atlanta GA 30326<br>(404) 365-4535<br>ndeeb@mmatllaw.com |

The undersigned counsel certifies that the foregoing Notice has been prepared with the font and point selections approved by the Court in LR 5.1B.

/s/ Nicholas Deeb
Nicholas E. Deeb
Georgia Bar No. 117025

CERTIFICATE OF SERVICE

This is to certify that on September 2, 2022, I electronically filed NOTICE OF SETTLEMENT with the Clerk of Court using CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

                                              McLAIN & MERRITT, P.C.

                                              /s/ Nicholas Deeb
                                              Nicholas E. Deeb
                                              Georgia Bar No. 117025
                                              Attorney for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 365-4535
ndeeb@mmatllaw.com