IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **AMY ALLRED,**<br><br>   Plaintiff,<br><br>   v.<br><br>**WAL-MART STORES EAST, LP WALMART INC., PERSIS VILLA RICA INVESTMENTS, LLC, and JOHN DOE Corporation and JOHN DOE, individuals,**<br><br>   Defendants. | CIVIL ACTION FILE<br>NO. 1:21-cv-01296-WMR |

## ORDER

The parties have filed Notice of Settlement [Doc 76]. The Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations fail, the parties shall promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.

**SO ORDERED** this 6th day of September, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE